IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-mj-6014-MPK |
| | ) | |
| DAVID FORTE, et al. | ) | |
| | ) | |
| Defendants | ) | |

**<u>GOVERNMENT'S MOTION FOR LIMITED UNSEALING OF COMPLAINT</u>**

The United States Attorney hereby respectfully moves the Court to unseal the complaint, this motion, and the Court's order on this motion. With respect to the affidavit supporting the complaint, the United States Attorney respectfully moves the Court to unseal the redacted affidavit attached hereto as Exhibit A.

As grounds for this motion, the government states that the defendants have been taken into custody, and the government no longer believes that public disclosure of these materials might jeopardize the ongoing investigation of this case. With respect to the supporting affidavit, the government proposes to redact the name and title of an individual who is known to defendants and who is not a defendant in this case.

The government requests that the unredacted supporting affidavit remain under seal except as to the defendants.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ David M. Holcomb*
 DAVID M. HOLCOMB
 Assistant U.S. Attorney

Dated: January 19, 2022